THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEWBURGH NEWS PRINTING AND PUBLISHING COMPANY, Appellant, *v.* THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Respondent.

*People ex rel. Newburgh News P. & P. Co. v. Bd. Supervisors,* 140 App. Div. 227, affirmed.

(Argued October 6, 1911; decided October 24, 1911)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1910, which quashed a writ of certiorari and affirmed the proceedings of the defendant in auditing a claim of the relator.

*Henry Bacon* for appellant.

*M. N. Kane* and *J. F. Halstead* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.  Absent: VANN, J.